CO-386-online
10/03

# United States District Court
# For the District of Columbia

BB Limited )
)
)
)
vs    Plaintiff )   Civil Action No. _____
)
YRC Worldwide, Inc., et al. )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __BB Limited_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __BB Limited_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC #418073
BAR IDENTIFICATION NO.

Gary E. Mason
Print Name

1225 19th Street, N.W., Suite 500
Address

Washington   DC   20036
City         State  Zip Code

202-429-2290
Phone Number