AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BB Limited, on behalf of themselves
and all other similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

YRC Worldwide, Inc. et al

Averitt Express
1415 Neal Street
Cookeville, Tennessee 38502

CAS

Case: 1:07-cv-01920
Assigned To : Walton, Reggie B.
Assign. Date : 10/24/2007
Description: Antitrust

TO: (Name and address of Defendant)

Averitt Express
1415 Neal Street
Cookeville, Tennessee 38502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary E. Mason
The Mason Law Firm, LLP
1225 19th Street, NW
Suite 500
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                             OCT 24 2007

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 10-29-07 |
| NAME OF SERVER *(PRINT)* Gary E. Mason | TITLE Attorneys for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified, Return Receipt Mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/6/2007
             Date

Signature of Server  [signature]

Address of Server:
The Mason Law Firm, L.L.P
1225 19th Street, N.W.
Suite 500
Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  M Bryant   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery: 10-29-07 |
| 1. Article Addressed to:<br><br>Averitt Express<br>1415 Neal Street<br>Cookeville, TN 38502 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7005 1820 0008 1400 1245 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |