AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BB Limited, on behalf of themselves
and all other similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

YRC Worldwide, Inc. et al
Fedex Corporation
942 South Shady Grove Road
Memphis, Tennessee 38120

CASE NU

Case: 1:07-cv-01920
Assigned To : Walton, Reggie B.
Assign. Date : 10/24/2007
Description: Antitrust

TO: (Name and address of Defendant)

Fedex Corporation
942 South Shady Grove Road
Memphis, Tennessee 38120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary E. Mason
The Mason Law Firm, LLP
1225 19th Street, NW
Suite 500
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          OCT 24 2007

CLERK                              DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 10/29/07 |
| NAME OF SERVER (PRINT) Gary E. Mason | TITLE | Attorney for Plaintiffs |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified, Return Receipt Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-6-2007
　　　　　　　Date　　　　　　Signature of Server

Address of Server:
The Mason Law Firm, L.L.P
1225 19th Street, N.W.
Suite 500
Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Fed Ex Corporation
   942 South Shady Grove
   Rd
   Memphis, TN 38120

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _J. Drew_ ☑ Agent ☐ Addressee

B. Received by (Printed Name): J. Drew
C. Date of Delivery: 10-29-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0008 1400 1207

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540